IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SUNWELL CORPORATION d/b/a REDIFUEL, <br> Plaintiff <br><br> vs. <br><br> JOURNEYMAN CONSTRUCTION INC., SAFECO INSURANCE COMPANY OF AMERICA, KWR GROUP L.L.C. d/b/a TOWN & COUNTRY EXCAVATION, and KEVIN W. ROBINSON, <br> Defendants | § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 9:11-cv-00196-RC |

**NOTICE OF DISMISSAL BY STIPULATION OF DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the United States of America for the use and benefit of Sunwell Corporation d/b/a RediFuel, as Plaintiff, and Journeyman Construction Inc. and Safeco Insurance Company of America, as Defendants, file this notice of dismissal by stipulation.

Plaintiff agrees to the dismissal of all claims asserted by it against Journeyman Construction Inc. and Safeco Insurance Company of America. This dismissal is to be made with prejudice as to any right of refiling.

Plaintiff also seeks the dismissal of all claims asserted by it against KWR Group, L.L.C. d/b/a Town & Country Excavation, and Kevin W. Robinson. The dismissal with regard to these Defendants is to be made without prejudice as to any right of refilling.

Respectfully submitted,

**ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER L.L.P.**
755 East Mulberry, Suite 200
San Antonio, Texas 78212
210.225.5000 (telephone)
210.354.4034 (facsimile)

By: _____
**Robert D. Kilgore**
rkilgore@rpsalaw.com
Texas State Bar No. 11401700
**Nathan A. Ketterling**
nketterling@rpsalaw.com
Texas State Bar No. 24041239
**Attorneys for the United States of America for the use and benefit of Sunwell Corporation d/b/a RediFuel**

Respectfully submitted,

**FORD NASSEN & BALDWIN P.C.**
111 Congress Ave., Suite 1010
Austin, Texas 78701
512.236.0009 (telephone)
512.236.0682 (facsimile)

By: _____
**R. Carson Fisk**
rcfisk@fordnassen.com
Texas State Bar No. 24043659

**Attorneys for Safeco Insurance Company of America and Journeyman Construction Inc.**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record as noted below on February 8, 2012 by electronic notice:

**Counsel for Safeco Insurance Company of America and Journeyman Construction Inc.**
R. Carson Fisk
Ford Nassen & Baldwin P.C.
111 Congress Ave., Suite 1010
Austin, Texas 78701
512.236.0682 (facsimile)
rcfisk@fordnassen.com

By: _____
        Nathan A. Ketterling